IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

               Plaintiff,

-vs-                                                         Criminal Action No.
                                                              25-00017-01-CR-W-RK

SYLVESTER D. ANDERSON,

               Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**:     Count One    Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
       Government: Robert Smith
          Case Agent: TFO Erik Enderlin
      Defense:     James Spies

**OUTSTANDING MOTIONS**:   None

**ANTICIPATED MOTIONS**:   None

**TRIAL WITNESSES**:
       Government: 5 with stipulations; 6-7 without stipulations
       Defense: no additional witnesses; Defendant will not testify

**TRIAL EXHIBITS**:
       Government: 20-25 exhibits
       Defense: no additional exhibits

**DEFENSES**:
       ( x )   defense of general denial
       (   )   defenses of general denial and _____

**POSSIBLE DISPOSITION**:
       (   ) Definitely for trial          (   ) Possibly for trial
       (   ) Motion to continue to be filed    ( x ) Likely a plea will be worked out

**TRIAL TIME**:   **2 ½ days**
      Government's case including jury selection: 2 days
      Defense case: ½ day

**STIPULATIONS**:
      ( )   not likely
      ( )   not appropriate
      ( x ) likely as to:
            ( )   chain of custody
            ( )   chemist's reports
            ( x ) prior felony conviction
            ( x ) interstate nexus of firearm
            ( )   other: _____

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government: March 3, 2025
    Defense: March 3, 2025
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**:   March 3, 2025
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**: March 3, 2025


**TRIAL SETTING**: Criminal jury trial docket commencing March 17, 2025
    **Please note**:   *Counsel did not identify any conflicts with the upcoming docket.*

**OTHER**:
      ( )   A _____-speaking interpreter is required.
      ( )   Other assistive devices: _____

    **IT IS SO ORDERED.**

                                            */s/ Jill A. Morris*
                                            JILL A. MORRIS
                                            United States Magistrate Judge